UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Miguel A. Casiano, Jr.,

    Petitioner,

v.                                             Civ. No. 04-3810 (JNE/SRN)
                                               ORDER

Lisa J.W. Hollingsworth,

    Respondent.

This case is before the Court on a Report and Recommendation issued by the Honorable Susan Richard Nelson, United States Magistrate Judge, on April 7, 2005. Petitioner has filed objections to the Report and Recommendation. Based on a de novo review of the record, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1.    Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 [Docket No. 1] is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 28, 2005

                                                          s/ Joan N. Ericksen_____
                                                          JOAN N. ERICKSEN
                                                          United States District Judge